In the Matter of the Transfer Tax upon the Estate of
ADOLF HAEDRICH, Deceased.

STATE TAX COMMISSION, Appellant; BROOKLYN TRUST
COMPANY et al., as Executors, Respondents.

(Argued April 6, 1931; decided May 12, 1931.)

*Seth T. Cole* and *Harry M. Peyser* for appellant.
*Ralph W. Crolly* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CRANE, J.